UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:93-CR-123-03-F

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| JOHN LEE BOYD, JR., | ) | |
| Defendant. | ) | |

John Lee Boyd's May 11, 2012, Motion for Reconsideration [DE-135] of its order [DE-134] denying Boyd's May 1, 2012, Motion to Amend Successive Petition [DE-133] is DENIED.

SO ORDERED.

This, the 17th day of May, 2012.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge